SCHAEFER *vs.* EAST TENNESSEE, VIRGINIA & GEORGIA RAILROAD.

CASE, FROM BUTTS. Removal of Causes. United States Courts. (Before Judge Stewart.)

Jackson, C. J.—In the case of Angier *vs.* the East Tennessee, Virginia & Georgia Railroad Company, at the last term, it was held that that road was a domestic corporation in this State. That ruling controls this case, and it was error to order a removal of the case to the Federal Court, on the ground of non-residence of the defendant.

Judgment reversed.

E. J. Reagan ; John I. Hall, for plaintiff in error.
Bacon & Rutherford, by brief, for defendant.